## LEWIS v. STATE.
### No. 18873.

Court of Criminal Appeals of Texas.

March 17, 1937.

Wiley B. Thomas, of Groveton, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of cattle is the offense; penalty assessed at confinement in the penitentiary for two years.

The record is before this court without statement of facts of bills of exception. Appellant entered a plea of guilty to the offense charged and waived a jury upon the trial of the case.

No error having been perceived, the judgment is affirmed.